IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00308-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DEBBY MARIE STOTLER,

     Defendant.

_____

## ORDER SETTING TRIAL DATE

_____

This matter is before the Court upon a review of the file.  To ensure that all

pre-trial phases of the case are complete before the commencement of the jury trial,

it is

ORDERED that all pretrial motions shall be filed by **August 31, 2006,** and

responses to these motions shall be filed by **September 8, 2006**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary

motions, if any, and Final Trial Preparation Conference is set for **October 6, 2006, at**

**10:30 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing

date should be requested by motion.  It is

FURTHER ORDERED that a three-day jury trial is set for **October 16, 2006, at 1:30 p.m.**

DATED: August 16, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge