IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00308-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBBY MARIE STOTLER,

    Defendant.

---

## ORDER GRANTING GOVERNMENT'S REQUEST FOR DISCLOSURE

---

The Government's Request for Notice Pursuant to F.R.E. 702 and Fed.R.Crim.P. 16(b)(1)(C) (Dkt. # 13) is GRANTED. The Court hereby ORDERS the defendant to provide notice regarding any experts she intends to designate **on or before September 26, 2006.** The Government is DIRECTED to provide reciprocal discovery, consistent with F.R.E. 702 and F.R.Crim.P. 16(b)(1)(C), **on or before October 6, 2006.**

    DATED:  September 20, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge