IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00308-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBBY MARIE STOTLER,

    Defendant.

## ORDER SETTING HEARING ON MOTION TO DISMISS INDICTMENT

This matter is before the Court on the Government's Motion to Dismiss Indictment (Dkt. # 20). The Court hereby ORDERS that a hearing on this motion is SET before the undersigned for **Friday, October 27, 2006 at 2:30 p.m.**

    DATED: October 23, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge