IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00308-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBBY MARIE STOTLER,

    Defendant.

---

## ORDER EXCUSING APPEARANCE AT HEARING

---

    Defendant's Motion To Excuse Defendant's Appearance (Dkt. # 22) is GRANTED. It is hereby

    ORDERED that Defendant Debby Marie Stotler is excused from attendance at the October 27, 2006 hearing on the Government's Motion to Dismiss Indictment (Dkt. # 20). Both parties' counsel shall attend the hearing in person.

    DATED: October 25, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge